KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMILY HUGHES,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:07-cv-00177-RRB<br><br>**NOTICE REGARDING SETTLEMENT** |

  The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement proceedings and documents.

Respectfully submitted this 3rd day of June 2009, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK#8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2009
a copy of the foregoing **NOTICE
REGARDING SETTLEMENT** was served
electronically on:

Matthew Widmer

s/ Gary M. Guarino

Hughes v. U.S.
Case No. 3:07-cv-00177-RRB     2

Case 3:07-cv-00177-RRB   Document 15   Filed 06/03/09   Page 2 of 2