**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

Emily Hughes,
      Plaintiff,

Case Number 3:07-cv-00177-RRB

v.

United States of America,
      Defendant.    **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT: The Stipulation for Dismissal of Claims at Docket 19 is GRANTED. This matter is **DISMISSED** with prejudice, each party to bear its own costs and fees.

APPROVED:

   s/Ralph R. Beistline
_____
United States District Judge

_____
Date: August 3, 2009

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[judgment 307cv00177.wpd]{JMT2.WPT*Rev.3/03}